1  TRACY L. WILKISON
   Acting United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   RICHARD M. PARK (CBN 236173)
4  Assistant United States Attorney
          Federal Building, Suite 7516AA
5         300 North Los Angeles Street
          Los Angeles, CA 90012
6         Telephone: (213) 894-3275
          Facsimile: (213) 894-7819
7         Email: richard.park@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

9

10                    UNITED STATES DISTRICT COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

| UNITED STATES OF AMERICA, | No. CV 2: 21-5131 |
|---|---|
| Plaintiff, | [CR 17-776-GW] |
| v. | **UNITED STATES OF AMERICA'S APPLICATION FOR ISSUANCE OF** |
| ANNA VISHNEVSKY, | **WRIT OF CONTINUING GARNISHMENT TO GARNISHEE WELLS FARGO BANK, N.A. [28 U.S.C. § 3205(b)]** |
| Defendant. | **AND** |
| | **CLERK'S NOTICE OF ENFORCEMENT TO DEBTOR [28 U.S.C. § 3202(b)]** |

22

23

24

25

26

27

28

1  The United States of America, in accordance with 28 U.S.C. § 3205(b)(1), applies

2  for a Court Order issuing a writ of continuing garnishment in order to secure payment by

3  defendant Anna Vishnevsky ("Defendant") on the criminal judgment debt entered in

4  *United States v. Anna Vishnevsky*, CR 17-776-GW.  In connection with this request, the

5  United States also seeks the issuance of a Clerk's Notice pursuant to

6  28 U.S.C. § 3202(b), as prepared and submitted by the United States as an attachment to

7  this application.

8  On March 6, 2020, the Court imposing the following criminal judgment debt

9  against Defendant:

10  ▪ Restitution: $2,747,071.61

11  ▪ Special assessment: $100.00

12  Defendant's Social Security Number XXX-XX-5625. She resides in Valley

13  Village, California.

14  As of June 24, 2021, Defendant's criminal debt balance is $2,745,295.41.

15  Demand for payment of the above-stated debt was made upon Defendant more than

16  thirty (30) days before the date of this application, and Defendant has not paid the

17  amount due.

18  Garnishee is believed to owe or will owe, money or property to Defendant, or is in

19  possession of property of Defendant, and Defendant has a substantial nonexempt interest

20  in the property.  Specifically, it is believed that funds, assets, or property belonging to

21  Defendant are currently in Garnishee's custody, control, or possession.  By and through

22  this writ of continuing garnishment, the United States seeks to take the funds or property

23  from Defendant to secure payment towards the criminal judgment debt.

24  28 U.S.C. § 3205 (b)(1)(C).

25  ///

26  ///

27  ///

28

1

2          The name and address of Garnishee or the Garnishee's authorized agent is:

3          **Wells Fargo Bank, N.A.**

4          **Legal Order Processing**
           **P.O. Box 29779**
5          **Phoenix, Arizona 85038**

6    Dated:  June 24, 2021                    Respectfully submitted,

7
                                              TRACY L. WILKISON
8                                             Acting United States Attorney
                                              DAVID M. HARRIS
9                                             Assistant United States Attorney
                                              Chief, Civil Division
10

11                                            /s/ *Richard M. Park*
                                              RICHARD M. PARK
12                                            Assistant United States Attorney

13                                            Attorneys for Plaintiff
                                              United States of America
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28